1  CRAIG A. MUELLER
   Nevada Bar No. 4703
2  MUELLER, HINDS & ASSOCIATES, CHTD
   600 South 8th Street
3  Las Vegas, NV 89101
   Telephone: (702) 366-6421
4  Facsimile: (702) 940-1235

5  Attorney for Defendant
   Pierre Franco-Ramos
6
                    UNITED STATES DISTRICT COURT
7
                        DISTRICT OF NEVADA                    VCF
8
   UNITED STATES OF AMERICA,      )   Case No. 2:15-CR-00286-LDG-~~NJK~~
9                                 )
            Plaintiffs,            )
10                                )
   vs.                            )   SUBSTITUTION OF ATTORNEY
11                                )
   PIERRE FRANCO-RAMOS,           )
12                                )
            Defendants.           )
13 _____)

14      COMES NOW, Craig A. Mueller of the law firm Mueller, Hinds & Associates and

15 hereby substitutes in as attorney of record for Pierre Franco Ramos, replacing his current

16 attorney of record, Brian J. Smith.

17      DATED this 4th day of November, 2015.

18
   I hereby authorize this substitution: _____
19                                        Pierre Franco Ramos

20
   LAW OFFICES OF BRIAN J. SMITH          MUELLER, HINDS & ASSOCIATES
21
   /s/Brian J. Smith                      /s/ Craig A. Mueller
22 BRIAN J. SMITH                          CRAIG A. MUELLER
   Nevada Bar No.: 011279                  Nevada Bar No.: 04703
23 Law Offices of Brian J. Smith           JOHN GEORGE JR.
   9525 Hillwood Drive, Ste 190            Mueller, Hinds & Associates
24 Las Vegas, NV 89134                     600 S. 8th Street
   (702) 380-8247                          Las Vegas, NV 89101
25 (702)868-5778                           (702) 382-1200
   brian@bjsmithcriminaldefense.com        (702) 940-1235
                                           cmueller@muellerhinds.com
                                                 )fastmail.fm

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:   November 16, 2015

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that pursuant to N.R.C.P. 5(b) on the 16th day of November, 2015, I caused service of the foregoing **SUBSTITUTION OF ATTORNEY** by mailing a copy by United States Postal Service, postage prepaid and/or via electronic mail through the United States District Court's CM/ECF system to the following at their last known address and e-mail:

KATHRYN C. NEWMAN
U.S. Attorneys Office
333 South Las Vegas BLVD.
702-355-6583
kathryn.newman@usdoj.gov

/s/ Cinnamon O'Brien
An Employee of Mueller, Hinds & Associates

2